

United States Attorney's Office
Southern District of Iowa

This information may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, any dissemination, distribution or copying of this communication is strictly prohibited.

Protect From Disclosure
LIMITED OFFICIAL USE
United States Government Property

1:21-cr-00017
9/14/2021

GOVERNMENT EXHIBIT
1
1:21-cr-00017

US v. Ronald Reed Suppression Hearing 9/17/21
DVD – Government Exhibit 1