IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal No.  1:21-cr-0017 |
| | ) | |
| RONALD WAYNE REED, II, | ) | GOVERNMENT'S |
| | ) | WITNESS LIST |
| Defendant. | ) | |

COMES NOW the United States of America, by its attorney, Richard Rothrock, Assistant United States Attorney for the Southern District of Iowa and submits the following list of witnesses which may be called during the government's case-in-chief.

1. Trooper Austen Farver
2. Deputy Zach Buttercase
3. Trooper Andrew Ersham
4. Special Agent Anthony Petersen
5. Special Agent Robert Jones
6. Trooper Kannas
7. DCI Criminalist Carley McConnell
8. DCI Criminalist Amanda Kilgore
9. Dustin Cedar or Designee
10. Deputy Jon Spunaugle
11. Trooper Rose Ives
12. Bradley Oliver-Mills County Jail
13.  Roger Frink
14. Chynna Victoria Davis

15. ISP Lieutenant Kevin Johnson

16. Trent Walker

17. Anisha Luna

18. Michelle Anderson

19. Special Agent Michael Mittan

20. Special Agent Christopher Leighter

21. Nichole Coffman

The Government will amend its witness list if any additional witnesses are important to the presentation of this case.

                          Respectfully Submitted,

                          Richard D. Westphal
                          United States Attorney

By:    */S/ Richard E Rothrock*
         Richard E Rothrock
         Assistant United States Attorney
         2146 27th Ave, Suite 400
         Council Bluffs, Iowa 51501
         Tele:   (712) 256-5009
         Email:  richard.rothrock@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2022, I
electronically filed the foregoing with the
Clerk of Court using the CM ECF system.  I hereby
certify that a copy of this document was served
on the parties or attorneys of record by:

____U.S. Mail  _____Fax  _____Hand Delivery

_X_ECF/Electronic filing  ____Other means

UNITED STATES ATTORNEY

By:  */s/MPM*
     Paralegal Specialist