IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| UNITED STATES OF AMERICA, | ) | Criminal No. 1:21-cr-00017 |
| --- | --- | --- |
| | ) | |
| v. | ) | **GOVERNMENT'S** |
| | ) | **EXHIBIT LIST** |
| RONALD WAYNE REED, II, | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW the United States of America, by its attorney for the Southern District of Iowa, and submits the following list of exhibits, which may be introduced during the Jury Trial. This list may not include exhibits, which may be introduced, depending in part upon issues, which may arise during the hearing, and the government reserves its right to offer exhibits not on this list as necessary.

| Exhibit No. | Descriptions | Foundation Witness | S | O | A |
| --- | --- | --- | --- | --- | --- |
| 1 | Photo of Jeep | | | | |
| 1a | Weed and Supplies in Box | | | | |
| 1b | Scale and Baggies | | | | |
| 1c | Picture of Meth from 3/28/21 stop | | | | |
| 1d | Drugs from 3/28/21 Stop | | | | |
| 1e | Meth in Evidence Bag | | | | |
| 1f | Lab report and COC 3-28-21 | | | | |
| 1g | Amanda Kilgore CV | | | | |
| 2 | Plea Agreement as to A.L. | | | | |
| 3 | Miranda form | | | | |
| 4 | Peterson CV | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 5 | Reed Texts | | | | |
| 6 | Facebook Records for Acct ronnieroo101088 | | | | |
| 6a | Facebook Messages | | | | |
| 6b | Facebook Messages | | | | |
| 6c | Facebook Messages | | | | |
| 6d | Facebook Messages | | | | |
| 6e | Facebook Messages | | | | |
| 6f | Facebook Messages | | | | |
| 7 | Facebook Conversation with Account damp.dan35 | | | | |
| 8 | Photo of Pontiac G6 | | | | |
| 8a | Scale | | | | |
| 8b | Scale Tested | | | | |
| 8c | Picture of Meth from 10/20/20 stop | | | | |
| 8d | Drugs from 10/20/20 Stop | | | | |
| 8e | Meth in Evidence Bag | | | | |
| 8f | Lab report 10/20/20 | | | | |
| 8g | Carley McConnell CV | | | | |
| 9 | C.D. Limited Use Immunity Letter | | | | |

| 10 | Bob Jones CV | | | | |
|----|--------------|--|--|--|--|
| 11 | Joint Stipulation | | | | |

Respectfully submitted,

Richard D. Westphal
United States Attorney

By: */S/ Richard E. Rothrock*
    Richard E. Rothrock
    Assistant United States Attorney
    2146 27th Avenue, Suite 400
    Council Bluffs, IA 51501
    Tel: 712-256-5009
    E-mail: Richard.rothrock@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2022, I electronically filed the foregoing with the Clerk of Court using the CM ECF system.  I hereby certify that a copy of this document was served on the parties or attorneys of record by:

____U.S. Mail  _____ Fax  _____Hand Delivery

  X   ECF/Electronic filing    ____Other means

UNITED STATES ATTORNEY

By:   */s/ MPM*
     Paralegal Specialist